FILED
CLERK, U.S. DISTRICT COURT

MAY 2 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NILESH MAHARAJ,<br><br>Defendant. | Case No. 2:26-mj-4238<br><br>ORDER OF DETENTION<br><br>[18 U.S.C. § 3148(b), 3143(a)] |

On May 27, 2026, Mr. Maharaj made his initial appearance on a bench warrant alleging violations of pretrial release. DFPD Sam Cross was appointed to represent him. Mr. Maharaj submitted on the question of detention.

The Court has reviewed the files and records in this matter, including the report prepared by Pretrial Services recommending detention. The Court finds, pursuant to 18 U.S.C. § 3148(b), that there is no condition or combination of conditions that will reasonably assure that Mr. Maharaj will not flee if allowed to remain on bail pending future court proceedings. 18 U.S.C. § 3148(b)(2). The Court relies on the facts set out in the Pretrial Services report, including Mr. Maharaj's

decision to decline to interview with Pretrial Services, and his decision to submit on the recommendation therein.

IT IS THEREFORE ORDERED that Mr. Johnson be detained and that he be remanded to the custody of the United States Marshal pending further proceedings in this matter.

Dated: May 27, 2026

BRIANNA FULLER MIRCHEFF

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

2